IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENELLA G. LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv673-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The undersigned observes that Plaintiff has failed to file and serve her brief in support of her claim(s) for relief in compliance with this Court's order. Order of July 27, 2007 (Doc. #3). Specifically, on July 27, 2007, this Court ordered Plaintiff to file a brief in support of her claim(s) for relief within 40 days after Defendant filed his Answer and served Plaintiff with the administrative record. Order of July 27, 2007 (Doc. #3). The record reveals the Commissioner filed with the Court and served on Plaintiff his Answer (Doc. #13) on October 29, 2007. Plaintiff was therefore required to file her brief on or before December 10, 2007. No brief has been filed to date, nor has Plaintiff sought an extension or filed a motion for leave to file the brief out of time. Accordingly, it is

ORDERED that **on or before January 14, 2008**, Plaintiff shall file a brief in support of her Complaint. The Court advises Plaintiff that her failure to comply with this order may lead the undersigned to dismiss Plaintiff's Complaint for abandonment of her claim(s) and failure to comply with the Court's orders. It is further

ORDERED that the Clerk of Court is directed to **OVERNIGHT MAIL** this order to Plaintiff's counsel.

Done this 7th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE