IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENELLA G. LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv673-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed Motion for Extension of Time (Doc. #15), it is

ORDERED that the Motion (Doc. #15) is GRANTED. Plaintiff has until **on or before 21 January 2008** to file a brief in support of her Complaint. The Court will not consider any further requests by Plaintiff for an extension of time.

Done this 11th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE