IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VENELLA G. LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv673-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed Seconed Motion for Extension of Time (Doc. #20), it is

ORDERED that the Motion (Doc. #20) is GRANTED. Commissioner has until **on or before 23 April 2008** to file his brief.

Done this 25th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE